AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TERLEY L. CLAGG,**

    **Petitoner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**JEFFREY A. WOLFE,**     **CASE NO. C2-08-144**
    **JUDGE EDMUND A. SARGUS, JR.**
    **Respondent.**     **MAGISTRATE JUDGE MARK R. ABEL**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed May 20, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: May 20, 2009     JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk